**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angelique  Jo Jones                           CHAPTER 13
                        Debtor(s)

                                                     BKY. NO. 26-10654 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index
same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ *Matthew Fissel*

                                   Matthew Fissel
                                   02 Mar 2026, 15:15:40, EST


                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322

Document ID: d639545ab2e590e4182bd88e63d688a6e838b4e42977f84694c88a8b568184ab