United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 26-10654-amc

Angelique Jo Jones                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelique Jo Jones, 2726 N. Barley Sheaf Road, Coatesville, PA 19320-2245 |
| 15105473 | | Bridgecrest Acceptance Corp., P.O. Box 6400, Tempe, AZ 85285-6400 |
| 15110058 | + | Lakeview Loan Servicing, LLC, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 07 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 07 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2026 00:39:13 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15106447 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2026 00:39:32 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15106601 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2026 00:39:24 | Bridgecrest Credit Company, LLC as Agent and Servi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15109776 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2026 00:39:32 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 15109356 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2026 00:39:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15107326 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2026 00:39:32 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15105472 | ^ | MEBN | Mar 07 2026 00:23:27 | KML Law Group, P.C., Suite 500, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15110105 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2026 00:39:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15109863 | ^ | MEBN | Mar 07 2026 00:23:28 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15105471 | | Email/Text: camanagement@mtb.com | Mar 07 2026 00:31:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |

District/off: 0313-2                     User: admin                              Page 2 of 2

Date Rcvd: Mar 06, 2026                  Form ID: pdf900                          Total Noticed: 16

15110200          +  Email/Text: peritus@ebn.phinsolutions.com

                                         Mar 07 2026 00:31:00    Upstart Network, Inc, c/o Peritus Portfolio
                                                                 Services II, LLC, PO Box 1149, GRAPEVINE,
                                                                 TX 76099-1149

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15110106 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Angelique Jo Jones                          )            Case No. 26-10654-amc
                                                )
                                                )
    Debtor(s).                                  )            Chapter: 13
                                                )
                                                )

## ORDER

      AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 19,2026, this case is hereby DISMISSED.

**Date: March 6, 2026**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities